RECEIVED
APR 16 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
DIVISION

C.H. Next Friend S.H.,
Plaintiff,

v. Pattonville School Dist R-III, Melissa R. Benefield,
Defendant(s).

Case No. _____

## MOTION FOR APPOINTMENT OF COUNSEL AND AFFIDAVIT IN SUPPORT

I, Sonya Hurt, hereby apply for appointment of Counsel. In support of my application I declare under penalty of perjury that the following facts are true:

(1) I am the plaintiff in the above-entitled case and I believe I am entitled to redress.

(2) Because of my poverty, I am unable to pay a reasonable attorney fee.

(3) I have made diligent efforts to obtain legal counsel, but because of my poverty I have been unable to secure same. Following is a description of the efforts I have made:

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 16, 2021.

Sonya Hurt
Signature of Plaintiff