*RECEIVED APR 16 2021 U.S. DISTRICT COURT EASTERN DISTRICT OF MO ST. LOUIS*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____ DIVISION

C.H., Sonya Marie Hunt )
)
)
)
v. )  Case No.
)
)
)
)

**MOTION FOR APPOINTMENT OF NEXT FRIEND**

Comes now **Sonya Hunt**, Petitioner herein, and requests appointment as next friend in the above-styled case. Petitioner is **Mother** Of minor(s):
(Relationship)

**C.H.**
(Name / Names)

_Sonya M. Hunt_     Date: **April 16, 2021**
(Signature of Petitioner)

_____
(Address)

_____

**CONSENT TO ACT AS NEXT FRIEND**

I, _____, minor, being over the age of fourteen, do hereby consent to appointment of _____ to act as next friend in the above-styled case.

_____                    Date:_____
(Signature of Minor)

_____
(Address)